AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | CRIMINAL COMPLAINT |
| vs. | § | CASE NUMBER: DR:26-M -06498(1) |
| | § | |
| (1) Mynor Alfredo DE LEON-Lopez | § | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **November 22, 2026** **in** **Dimmit** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, knowing or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, transports, or moves or attempts to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)**

.

I further state that I am a(n) **Border Patrol Agent, WEST, LUKE** and that this complaint is based on the following facts: *"On November 22, 2026, defendant, Mynor Alfredo DE LEON-Lopez was arrested near Asherton, TX for transporting illegal aliens further into the United States. A Border Patrol Agent observed a white Toyota Tacoma with clean aftermarket rims drive from Farm-to-Market Road 2688 to US Highway 83. Oilfield trucks working in this area usually have logos on trucks and have*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

/s/ WEST, LUKE
Signature of Complainant
WEST, LUKE
Border Patrol Agent

11/24/2026
File Date

at DEL RIO, Texas
City and State

JOSEPH A CORDOVA
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.

Case Number: DR:26-M -06498(1)

(1) Mynor Alfredo DE LEON-Lopez

**Continuation of Statement of Facts:**

stock-mounted muddy rims. With suspicion raised, the agent attempted a vehicle stop to perform an immigration inspection on the Tacoma. The vehicle failed to yield to the agent's emergency lights and crashed into a ranch fence. All occupants absconded. However, agents detained two subjects, and an immigration inspection was conducted. The findings revealed the defendant is a lawful permanent resident, and the other subject was illegally present in the United States. Both illegal aliens were apprehended and brought to the Cotulla Station for processing. In a Post Miranda statement, the illegal alien gave a statement saying Houston TX was his destination, the defendant instructed his vehicle occupants to hide, and the illegal alien identified the defendant as the driver of the Tacoma in a six-pack photo line-up."

Signature of Judicial Officer

/s/ WEST, LUKE

Signature of Complainant